UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEILON JOHNSON,**

    Petitioner,

v.                                         Case No. 3:24-cv-451-LC-MJF

**RICKY D. DIXON,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 14, 2025. ECF No. 27. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 27, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, challenging Petitioner's judgment of conviction in *State of Florida v. Keilon D. Johnson*, Okaloosa County Circuit Court Case Nos. 2017-CF-3125 and 2017-CF-3398, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 17th day of December, 2025.

　　　　　*s/L.A. Collier*
　　　　　**LACEY A. COLLIER**
　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**